UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK WINTERS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL,<br><br>　　　　Defendant. | Case No. 19-cv-01132-NC<br><br>**ORDER SCREENING COMPLAINT AND ORDERING SERVICE**<br><br>Re: Dkt. No. 8 |

On March 5, 2019, the Court granted plaintiff Patrick Winters's motion to proceed in forma pauperis and granted leave to amend his complaint by April 5, 2019. *See* Dkt. No. 7. Winters filed his first amended complaint on March 7, 2019. *See* Dkt. No. 8. Screening the amended complaint under 28 U.S.C. § 1915(e)(2)(B), the Court FINDS that the complaint states a plausible claim for relief. The Court directs the Clerk of Court to issue a summons, and orders the U.S. Marshals Service to serve defendant Commissioner Nancy Berryhill with a copy of the complaint and summons.

**IT IS SO ORDERED.**

Dated: March 29, 2019

_____
NATHANAEL M. COUSINS
United States Magistrate Judge